UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PETER J. SEKUL and DEBORAH D. SEKUL**                                             **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO.1:06CV924 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY, ET AL.**            **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motions [19] [20] [21] [22] of State Farm Fire and Casualty Company to dismiss this action or to join the United States Small Business Administration as a party are **DENIED**.

**SO ORDERED** this 3rd day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE